Waller v Admar Supply Co., Inc. (2023 NY Slip Op 00535)

Waller v Admar Supply Co., Inc.

2023 NY Slip Op 00535

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., LINDLEY, BANNISTER, MONTOUR, AND OGDEN, JJ.

106 CA 22-00784

[*1]CLIFFORD WALLER, PLAINTIFF-RESPONDENT,
v
ADMAR SUPPLY CO., INC., ET AL., DEFENDANTS, AND EPIC ENVIRONMENTAL CONTRACTING, INC., DEFENDANT-APPELLANT. STARPOINT CENTRAL SCHOOL DISTRICT, THIRD-PARTY PLAINTIFF-RESPONDENT, 
 EPIC ENVIRONMENTAL CONTRACTING, INC., THIRD-PARTY DEFENDANT-APPELLANT. 

RUSSO & GOULD, LLP, BUFFALO (FLORINA ALTSHILER OF COUNSEL), FOR DEFENDANT-APPELLANT AND THIRD-PARTY DEFENDANT-APPELLANT. 
MAXWELL MURPHY, LLC, BUFFALO (JOHN F. MAXWELL OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 
PILLINGER MILLER TARALLO, LLP, SYRACUSE (MARIA T. MASTRIANO OF COUNSEL), FOR THIRD-PARTY PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered May 4, 2022. The order, inter alia, granted the motion of plaintiff insofar as it sought partial summary judgment on the Labor Law § 240 (1) claim. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court